IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RICKY GRANT, )
)
    Plaintiff, )
)
v. ) CASE NO. CV409-149
)
LARRY CHISOLM and NATHANIEL )
WRIGHT, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's Opinion in this case. The **Clerk of Court** is **DIRECTED** to **CLOSE THIS CASE**.

SO ORDERED this 28th day of October, 2009.

            WILLIAM T. MOORE, JR., CHIEF JUDGE
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF GEORGIA